Date July 25, 2020

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

1:20-CV-00514

DELORES L. KNIGHT
Petitioner
vs.
INTERNAL REVENUE SERVICE
Respondent.

Discriminations of amendment Taxes Refund for years 2010; 2011; 2012; 2013 and 2014

Petitioner, Delores L. Knight Now comes before this court; Civil Suit against the Internal Revenue Service for Discriminations against taxes refund amendment Checks for years of 2010; 2011; 2012; 2013 and 2014 as list below.

### BACKGROUND

The owner of Just Like Family III discover in year 2014 they had over inflate their Revenue Income for 2010; 2011; 2012; and 2013. When JLFIII fail to minus off the Return allowance deduction off Revenue Income.

JLFIII mail in amendment taxes for the years 2010; 2011; 2012; 2013 and 2014 to correct the error of the Revenue Income under JLFIII, S. Corporation. The owner, Petitioner, and Theresa Adams had to all amendment taxes for years 2010, 2011, 2012; 2013 and 2014 due gain or loss must be file on their personal taxes returns.

(1 of 3)

Wherefore the owner had overpay taxes for year 2010; 2011; 2012; 2013 and 2014. Henceforth the owners of JIFTT, S. Corp. was due refund checks because of these error of over statement of JIFTT Income for years of 2010; 2011; 2012; 2013 and 2014.

### Count ONE

1.R.S. error when fail to utilize amendment taxes Return for Petitioner in year 2010 and 2012. Petitioner had over paid base on the reduction of the Revenue Income for JIFTT.

### Count Two

The IRS error when charge Petitioner amendment Return with assessment fees for the JIFTT for years fees that reach for years through 2024 against Petitioner. Refund for 2010, 2011, 2012, 2013 and 2014. Fact are JLFTT S. Corporation Close in June 2014. These Not refund to petitioner.

### Count Three

The IRS in 2019 disburse Petitioner amendment Refund Check for 2011 to Judgement for conviction of 2017. Fact IRS lack Jurisdiction to disburse check for 2011 refund for non relateship to the year 2017 judgement.

C 2 of 3

### Count Four

IRS, error erroneous when treat the two owner of JIFIII amendment refund differently. Fact are that Pheresa Adams was given her refund checks for 2011, but Petitioner refund check held until 2019 and then given for or to a judgement that was in 2017.

### Count Five

IRS has violate Petitioner, Bill of Right, Article 4 - treat fairly; Declaration of Independen; all men created equal; and due Process.

### Relief

Petitioner equal protection of the law 14 amendment. Seeking damages and her refund with interest for 2010, 2011, 2012, 2013 and 2014 amendment taxes return. In timely matter. With Hearing of the evidents.

### Conclusion

The Petitioner is asking Honorable Court grant her request base on the fact above and evidence that can easy be retreat from IRS files.

Respectfully Submitted
7/25/2020
1) Elores L. Knight

(3 of 3)